FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. LA12-24136-VZ** |
| **NORBERTO  JUAREZ-RAMIREZ** | § | |
| **TERESA CANO DE JUAREZ** | § | |
| **DEBTOR** | § | |
| | § | |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Nationstar Mortgage, LLC** | **Aurora Bank FSB** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

Court Claim # (if known): 2
Amount of Claim: $362,264.40
Date Claim Filed: 06/08/2012

**Nationstar Mortgage, LLC**
**Bankruptcy Department**
**350 Highland Drive**
**Lewisville, Texas 75067**

Phone: **888-480-2432**          Phone:_____
Last Four Digits of Acct #: **xxxxx8644**          Last Four Digits of Acct.#4259

Name and Address where transferee payments should
be sent (if different from above):

Nationstar Mortgage, LLC
Bankruptcy Department
350 Highland Drive
Lewisville, Texas 75067

Phone: **888-480-2432**
Last Four Digits of Acct #: **xxxxx8644**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ **Craig A. Edelman** _____          Date:    July 10, 2012 _____
Transferee/Transferee's Agent

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 10th day of July 2012 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Norberto  Juarez-Ramirez
735 Oakford Ave
Los Angeles, California 90022

Teresa Cano De Juarez
735 Oakford Ave
Los Angeles California 90022

**Debtors' Attorney**
Eric C Hanson
Eric C Hanson & Assoc
16038 Gale Ave
Hacienda Heights, CA  91745

**Chapter 13 Trustee**
Nancy K. Curry
700 S. Flower Street, Suite 1215
Los Angeles, California 90017

**US Trustee**
Office of the US Trustee
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017

/s/ **Craig A. Edelman**
_____
**Craig A. Edelman**