**UNITED STATES BANKRUPTCY COURT**
**Central District Of California (Los Angeles)**

| | |
|---|---|
| IN RE: | Case No.:   2:12-bk-24136 |
| Debtors: Norberto Juarez-Ramirez and Teresa Cano de Juarez | Loan Number (Last 4):   8316 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Nationstar Mortgage, LLC | Aurora Bank, FSB |
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 1 |
| Lewisville, TX 75067 | Amount of Claim:   $326,889.63 |
| | Date Claim Filed:   05/15/2012 |
| Phone:   877-782-7612 | Last Four Digits of Acct #:   4512 |
| Last Four Digits of Acct #:   8316 | |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone:   877-782-7612

Last Four Digits of Acct #:   8316

Transfer Effective: August 27, 2012

| | |
|---|---|
| By:   /s/ Bill Taylor | Date:   September 06, 2012 |
| Authorized Filing Agent for Filer | |

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

0-3c58e536-72e4-4de9-8736-6cdceb9ddab1