IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. LA12-24136-VZ |
| NORBERTO JUAREZ-RAMIREZ § | |
| TERESA CANO DE JUAREZ § | |
| DEBTORS § | CHAPTER 13 |
| § | |
| NATIONSTAR MORTGAGE, LLC § | |
| CREDITOR § | |
| VS § | |
| NORBERTO JUAREZ-RAMIREZ § | |
| TERESA CANO DE JUAREZ § | |
| RESPONDENTS § | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Creditor, **Nationstar Mortgage, LLC**, ("Creditor"), desires to withdraw its **Proof of Claim (Claim #1)** in the amount of **$326,889.63** filed on **May 15, 2012.**

Dated: _Sept. 25_, 20_12_

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Paul W. Cervenka
Paul W. Cervenka
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: pocinquiries@bkcylaw.com
Authorized agent for Nationstar Mortgage, LLC

WITHDRAWAL OF PROOF OF CLAIM - NOTICE
1

4576-N-4352
WD_POCNotice00

## CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 26 day of September 2012 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Norberto Juarez-Ramirez
735 Oakford Ave
Los Angeles, California 90022

Teresa Cano De Juarez
735 Oakford Ave
Los Angeles California 90022

**Debtors' Attorney**
Eric C Hanson
Eric C Hanson & Assoc
16038 Gale Ave
Hacienda Heights, CA 91745

**Chapter 13 Trustee**
Nancy K. Curry
700 S Flower Street, Suite 1215
Los Angeles, California 90017

**US Trustee**
Office of the US Trustee
725 South Figueroa Street., 26th Floor
Los Angeles, California 90017

/s/ Paul W. Cervenka
Paul W. Cervenka